## (October 26, 1959)

■ SIDNEY DIAMANT, Appellant-Respondent, v. MOUNT PLEASANT WEST-CHESTER CEMETERY CORPORATION, Respondent, CEMETERY BOARD, Appellant-Respondent, et al., Defendant.— Motion to dismiss appeal of plaintiff-appellant-respondent granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of ERNEST GIOVELLI, JR., Petitioner, against CHARLES L. PATTERSON et al., Constituting the NEW YORK CITY TRANSIT AUTHORITY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ LINDA RUZZO et al., Appellants, v. KINGSTON TRUST COMPANY, as Executor and Trustee of the Estate of GEORGE F. KAUFMAN, Deceased, et al., Respondents.— Motion to dismiss appeal from an order changing the place of trial from Dutchess County to Ulster County. The order changing the place of trial was entered in Ulster County, where the motion was made, and a copy of said order with notice of entry was filed in Dutchess County. The motion to dismiss was made on the ground that the appeal was improperly taken to this court (Rules Civ. Prac., rule 147). Motion denied. (Rules Civ. Prac., rule 147; *McDermott* v. *McDermott,* 267 App. Div. 171.) Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ FRANK VALENTI, Appellant, v. NEW YORK WORLD TELEGRAM CORP. et al., Defendants, and NEW YORK HERALD TRIBUNE INC., Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JOSEPHINE S. ALEXANDER, Respondent, v. CHARLES J. ALEXANDER, Appellant.— In an action to recover money due under a separation agreement, the appeal is from an order of the County Court, Westchester County, granting a motion for summary judgment striking out the answer, and from the judgment entered thereon. Order and judgment reversed, without costs, and motion denied. The record presents issues of fact which should be resolved after trial. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.